9 So.2d 122

### SMITH et al. v. STATE.

### 8 Div. 150.

Supreme Court of Alabama.

June 11, 1942.

Rehearing Denied June 30, 1942.

John E. McEachin, of Huntsville, for appellants.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Attys. Gen., for the State.

254

BOULDIN, Justice.

The bill of exceptions was not presented within the time required by law. It is due to be stricken on motion of the Attorney General filed and presented at the time of submission.

There being no error in the record, the judgment is affirmed.

Affirmed.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.

On Rehearing.

BOULDIN, Justice.

The time for presenting a bill of exceptions is to be computed according to Title 1, § 12, Code of 1940. Stewart v. Keller, 197 Ala. 575, 73 So. 89.

Title 39, § 184, naming a long list of legal holidays for commercial purposes and found in the Negotiable Instruments Law has no relation to the presentation of the bill of exceptions. They are not dies non juridicus. Belmont Coal & R. Co. v. Smith, 74 Ala. 206; 29 C.J. 763, § 5.

Application for rehearing overruled.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.